8 So.2d 896

### Buck BAKER v. STATE.
#### 6 Div. 853.

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

8 So.2d 896

### Buck BAKER v. STATE.
#### 6 Div. 854.

Court of Appeals of Alabama.
May 19, 1942.

Thtos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

8 So.2d 897

### Buck BAKER v. STATE.
#### 6 Div. 855.

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

11 So.2d 165

### Obie BAKER v. STATE.
#### 5 Div. 162.

Court of Appeals of Alabama.
Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 41

### T. L. BARFIELD v. O. H. ALFORD.
#### 7 Div. 582.

Court of Appeals of Alabama.
Jan. 16, 1941.

PER CURIAM.
Appeal dismissed.